# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

CHRISTOPHER FLORENCE,                                                    PLAINTIFF

v.                                                        CIVIL ACTION NO. 2:04MC5-M-A

EQUIFAX CREDIT INFORMATION SERVICES, LLC,                        DEFENDANT

## **FINAL JUDGMENT**

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated November 29, 2004, was on that date served by first class mail upon the parties; more than ten days have elapsed since service of the report and recommendation; and no objection has been filed or served. The court finds that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1.    That the report and recommendation of the United States Magistrate Judge dated November 29, 2004, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2.    This case is DISMISSED and this case is CLOSED.

SO ORDERED, this the 19th day of April, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE